Katherine L. Fink (pro hac vice forthcoming)
Michael L. Krashin (pro hac vice forthcoming)
**BANNER & WITCOFF, LTD.**
71 South Wacker Drive, Suite 3600
Chicago, IL 60606-7407
Telephone: (312) 463-5000
kfink@bannerwitcoff.com
mkrashin@bannerwitcoff.com

Michael J. McCue, NV Bar No. 6055
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113
Telephone: (702) 949-8200
Michael.McCue@wbd-us.com

*Attorneys for Defendants New Starbreeze Publishing AB; Starbreeze USA, Inc.; and StarBreeze LA Inc.*

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113
WOMBLE BOND DICKINSON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Aristocrat Interactive S.a r.l, a Luxembourg private limited liability company; Aristocrat Technologies, Inc., a Nevada corporation; Aristocrat Technologies Australia Pty. LTD., an Australian proprietary limited company; Video Gaming Technologies, Inc., a Tennessee corporation,<br><br>Plaintiffs,<br><br>v.<br><br>New Starbreeze Publishing AB, a Swedish limited liability company; Starbreeze USA, Inc., a Delaware corporation; StarBreeze LA Inc., a Delaware corporation,<br><br>Defendants. | Case No. 2:26-cv-03573-JAD-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO COMPLAINT AND TO EXTEND BRIEFING SCHEDULE FOR ANY MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiffs Aristocrat Interactive S.a r.l; Aristocrat Technologies, Inc.; Aristocrat Technologies Australia Pty. LTD.; and Video Gaming Technologies, Inc. ("Plaintiffs"), by and through their counsel of record Holland & Hart, and Defendants Starbreeze USA, Inc. ("Starbreeze USA") and StarBreeze LA Inc. ("StarBreeze LA"), by and through their counsel of record Banner & Witcoff, Ltd. and Womble Bond Dickinson (US) LLP, hereby stipulate as follows:

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113
WOMBLE BOND DICKINSON

1. Plaintiffs filed the complaint on October 28, 2026. Plaintiffs also filed proof service reflecting service on two of the three Defendants—Starbreeze USA and StarBreeze LA. Plaintiffs have not filed proof of service reflecting service on the third Defendant— New Starbreeze Publishing AB. The current deadline for Starbreeze USA and StarBreeze LA to answer or otherwise respond to the complaint is November 24, 2026.

2. Starbreeze USA and StarBreeze LA recently retained the undersigned as counsel, who are in the process of investigating the allegations in the complaint.

3. Plaintiffs have agreed to extend the deadline for Starbreeze USA and StarBreeze LA to answer or otherwise respond to the complaint up to and including December 24, 2026. This extension is requested in good faith and not for purposes of delay.

4. This is the first stipulation for extension of time for Starbreeze USA and StarBreeze LA to answer or otherwise respond to the complaint. No previous extensions of this deadline have been requested or granted.

5. Additionally, in light of the fact that the extended deadline falls during the holidays, in the event Starbreeze USA and/or StarBreeze LA files a motion that requires a response, Starbreeze USA and StarBreeze LA agree to grant Plaintiffs an additional 21 days to file any response, and Plaintiffs agree to grant an additional 7 days for Starbreeze USA and/or StarBreeze LA to file any reply.

Dated this 24th day of November, 2026.

HOLLAND & HART

/s/ Bryce K. Kunimoto
Bryce K. Kunimoto
9555 Hillwood Drive Second Floor
Las Vegas, NV 89134
Tele: 702-669-4600
Email: Bkunimoto@hollandhart.com

Attorneys for Plaintiffs Aristocrat Interactive S.a r.l; Aristocrat Technologies, Inc.; Aristocrat Technologies Australia Pty. LTD.; and Video Gaming Technologies, Inc.

Dated this 24th day of November, 2026.

WOMBLE BOND DICKINSON (US) LLP

/s/ Michael J. McCue
Michael J. McCue
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113
Tele: 702-949-8200
E-mail: Michael.McCue@wbd-us.com

Katherine L. Fink (pro hac vice forthcoming)
Michael L. Krashin (pro hac vice forthcoming)
Banner & Witcoff, Ltd.
71 South Wacker Drive, Suite 3600
Chicago, IL 60606-7407
Tele: (312) 463-5000
kfink@bannerwitcoff.com
mkrashin@bannerwitcoff.com

Attorneys for Defendants New Starbreeze Publishing AB; Starbreeze USA, Inc.; and StarBreeze LA Inc.

**IT IS SO ORDERED:**

______________________________
UNITED STATES MAGISTRATE JUDGE

Dated: November 25, 2026

WOMBLE BOND DICKINSON
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113